AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAY 2 1 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lilia Abril OLMEDO-Perez | ) | Case No. M-19-1155-M |
| YOB: 1995 Citizenship: Mexico | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 20, 2019  in the county of  Hidalgo  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Did knowingly and intentionally possess with the intent to distribute approximately 4.14 kilograms of cocaine and 2.20 kilograms of methamphetamine a schedule II controlled substances, from the United Mexican States. |
| 21 U.S.C. § 952 | Did knowingly and intentionally import into the United States approximately 4.14 kilograms of cocaine and 2.20 kilograms of methamphetamine, a schedule II controlled substances, from the United Mexican States. |

This criminal complaint is based on these facts:
On May 20, 2019 Lilia Abril OLMEDO-Perez was arrested attempting to enter the United States through the Anzalduas, Texas Port of Entry with approximately 4.14 kilograms of cocaine and 2.20 kilograms of methamphetamine concealed in the vehicle she was driving.

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by AUSA Andrew Henning
5/21/19

*Complainant's signature*

Jesus R. Cuellar, HSI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5/21/2019

*Judge's signature*

City and state:  McAllen, Texas

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# "ATTACHMENT A"

I am a Task Force Officer with United States Homeland Security Investigations (HSI), and have knowledge of the following facts:

1. On May 20, 2019, Lilia Abril OLMEDO-Perez attempted to enter the United States through the Hidalgo, Texas Port of Entry operating a white in color 2009 Chevy Comfort bearing Tamaulipas registration XGD330A.

2. At the Hidalgo Port of Entry, Lilia Abril OLMEDO-Perez gave a negative declaration for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers and provided a Border Crossing Card as identification.

3. Lilia Abril OLMEDO-Perez was referred for system generated automatic inspection. In secondary, Customs and Border Protection Canine Enforcement Officer conducted an inspection on the vehicle using his assigned canine and the canine alerted to the odor of narcotics emitting from the air conditioning vents.

4. CBP Officers inspected the identified areas and observed packages. One (1) package was probed and extracted a white powdery substance which field tested positive for the properties of cocaine.

5. Further inspection resulted in the discovery of seven (7) bundles concealed within a compartment in the firewall behind the stereo. Four (4) packages field tested positive for cocaine (4.14 kgs) and three (3) packages field tested positive for methamphetamine (2.20 kgs) with a combined weight of approximately six point thirty-four (6.34) kilograms.

6. Homeland Security Investigation Task Force Officer (HSI TFO), advised Lilia Abril OLMEDO-Perez of her Miranda warnings in the Spanish language, which she stated she understood and waived in writing.

7. On the Post Miranda interview, Lilia Abril OLMEDO-Perez (OLMEDO-Perez) stated that she is the registered owner of the vehicle she was driving and that the vehicle was purchased for her to smuggle currency from the United States into Mexico. OLMEDO-Perez admitted that she has been smuggling currency into Mexico since October 2018 and that she is aware that the currency that she smuggles are illegal proceeds from narcotics. OLMEDO-Perez stated that she gets paid between 300-500 dollars for each successful smuggling attempt.